PHILYAW *v*. ARKANSAS.

No. 821.   Decided April 28, 1958.

*George F. Edwardes* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

CAINE *v.* CALIFORNIA.

No. 826.   Decided April 28, 1958.

*A. Noble McCartney* for appellant.

*Eugene K. Kennedy* for appellee.

· PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.